**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RODNEY JENKINS,**

    **Plaintiff,**

**v.**                                               **Case No: 8:20-cv-1463-MSS-AEP**

**MIDLAND CREDIT MANAGEMENT, INC.,**

    **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulated Notice of Voluntary Dismissal with Prejudice, (Dkt. 14), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 2nd day of October, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party